S787M-00008

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

AMY NICOLE JOHNSON and
PATRICIA M. JOHNSON, Executor
of the Estate of Joan F. Prahl,

      Plaintiffs,

v.                          Civil No.:     2:14-cv-02766-STA-dkv

RANDY MYNATT and
STATE FARM FIRE AND
CASUALTY COMPANY,

      Defendants.

## JOINT NOTICE OF SETTLEMENT

COME NOW the parties, by and through their undersigned counsel, pursuant to Local Rule 83.13, and give notice that all matters by and between the parties have been settled and compromised. The parties estimate that a proposed Notice of Dismissal and/or Stipulation of Dismissal and an Agreed Order of Dismissal will be submitted to the Court within thirty (30) days of the filing of this Joint Notice of Settlement.

                            Respectfully submitted,

                            LEWIS, THOMASON, KING,
                            KRIEG & WALDROP, P.C.

                            By: s/Christopher L. Vescovo
                            Christopher L. Vescovo (#14516)
                            Jonathan L. May (#27408)
                            2900 One Commerce Square, 40 South Main Street
                            Memphis, TN 38103
                            901-525-8721
                            cvescovo@lewisthomason.com
                            jmay@lewisthomason.com
                            *Attorneys for Defendants*

GLANKLER BROWN, PLLC

By:   s/Paul R. Lawler
Larry H. Montgomery, Esq.
 lmontgomery@glankler.com
Paul R. Lawler, Esq.
plawler@glankler.com
6000 Poplar Avenue, Suite 400
Memphis, TN  38119
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following via the Court's ECF filing system, this 23rd day of June, 2015:

Larry H. Montgomery, Esq.
 lmontgomery@glankler.com
Paul R. Lawler, Esq.
 plawler@glankler.com
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN  38119


s/ Christopher L. Vescovo
Christopher L. Vescovo

6074090

2