S787M-00008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMY NICOLE JOHNSON and
PATRICIA M. JOHNSON, Executor
of the Estate of Joan F. Prahl,

    Plaintiffs,

v.                         Civil No.:    2:14-cv-02766-STA-dkv

RANDY MYNATT and
STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendants, by and through their counsel, submit this Stipulation of Dismissal with Prejudice and have previously filed the Joint Notice of Settlement (D.E. No. 31). The parties hereby stipulate that this cause may be dismissed with prejudice.

    Respectfully submitted,

**LEWIS, THOMASON, KING,
KRIEG & WALDROP, P.C.**

By:    s/Christopher L. Vescovo
CHRISTOPHER L. VESCOVO  (14516)
JONATHAN L. MAY  (27408)
*Attorneys for Defendants, State Farm Fire and Casualty Company and Randy Mynatt*
2900 One Commerce Square, 40 S. Main Street
Memphis, TN  38103
(901) 525-8721
cvescovo@lewisthomason.com
jmay@lewisthomason.com