UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **AMY NICOLE JOHNSON and PATRICIA M. JOHNSON, Executor of the Estate of Joan F. Prahl** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **RANDY MYNATT and STATE FARM FIRE AND CASUALTY COMPANY** | **CASE NO: 14-2766-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Stipulation Of Dismissal With Prejudice entered on July 9, 2015, this cause is hereby dismissed with prejudice.**

**APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 7/13/2015**

                                         THOMAS M. GOULD
                                         **Clerk of Court**

                                         s/Terry L. Haley
                                        **(By)   Deputy Clerk**